FRANK A. WEDDIGAN et al., Respondents, *v.* WILLIAM F. WHITING, Appellant.

*Weddigan* v. *Whiting*, 111 App. Div. 907, modified.
(Argued November 19, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 4, 1906, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to restrain defendant from maintaining a certain dam at a height sufficient to set water back upon plaintiffs' lands, and for damages.

*John D. Teller* for appellant.

*E. C. Aiken* for respondents.

Judgment of the Special Term modified by adding these words to the last paragraph but one thereof: "But nothing herein contained shall be construed so as to require the defendant to reduce the height of his dam more than eight (8) inches," and the judgment as thus modified is affirmed, without costs to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.